676

Circuit Court of Appeals for the Fifth Circuit denied. Mr. Douglas Arant for petitioner. Solicitor General Biddle, Assistant Attorney General Clark, and Messrs. Sewall Key, Arnold Raum, and Maurice J. Mahoney for the United States.

No. 712. BANNER MACHINE CO. v. ROUTZAHN, COLLECTOR OF INTERNAL REVENUE. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. John W. Ford for petitioner. Solicitor General Biddle, Assistant Attorney General Clark, and Messrs. Sewall Key and Warren F. Wattles for respondent.

No. 717. TATLE v. SCHMIDT, TRUSTEE IN BANKRUPTCY. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. David Charness for petitioner. Mr. Giles F. Clark for respondent.

No. 736. PAINE & WILLIAMS CO. v. BALDWIN RUBBER Co. March 25, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. John F. Oberlin and Howard F. Burns for petitioner. Messrs. George I. Haight, Rockwell T. Gust, and Clarence B. Zewadski for respondent.

No. 761. GULF OIL CORP. v. McGOLDRICK, COMPTROLLER OF THE CITY OF NEW YORK. March 25, 1940. Petition for writ of certiorari to the Supreme Court of New York denied. Mr. Matthew S. Gibson for petitioner. Messrs. William C. Chanler, Paxton Blair, and Sol